# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALBERT ANDRY, III

VERSUS

JONAS ROBERTSON; RENAISSANCE
GROUP; RENAISSANCE GROUP,
INC., RENAISSANCE, INC., THE
CHURCH OF ABUNDANT LIFE OF
HARVEY, LLC; LANE FRANKS;
TRENT FRANKS; LIBERTY
PETROLEUM CORPORATION;
RICHARD HOFFMAN; DIKEMBE
MUTOMBO; MARYAN ALI; CAMERON
GAMBLE; ROBERT VAUGHN; PETER
TRAIGLE; CASTLEROCK FINANCE

NO.  2023 CW 0363

**JUNE 21, 2023**

---

In Re:    Lane   Franks,   Trent   Franks   and   Liberty   Petroleum
          Corporation,   applying   for   supervisory   writs,   21st
          Judicial   District   Court,   Parish   of   Tangipahoa,   No.
          20210001874.

---

**BEFORE:    GUIDRY, C.J., WELCH AND LANIER, JJ.**

   **WRIT DENIED.**

                         **JMG**
                         **JEW**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT